UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anderson & Koch Ford, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Ford Motor Company,<br><br>Defendant. | Case No. 0:23-cv-00762 (PJS/DTS)<br><br>**DECLARATION OF AARON G. THOMAS IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

I, Aaron G. Thomas, being duly sworn, hereby declares as follows:

1. I am an attorney with the law firm of Taft Stettinius & Hollister LLP, 2200 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402. I am licensed to practice law in the State of Minnesota. I am one of the attorneys representing Plaintiff Anderson & Koch Ford, Inc. ("Anderson & Koch") in the above-referenced matter. I submit this affidavit in connection with Anderson & Koch's Memorandum of Law in Opposition to Defendant Ford Motor Company's Motion to Dismiss Plaintiff's Complaint. I have personal knowledge of the facts stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the July 22, 2011 Findings of Fact, Conclusions of Law, and Order for Judgment in *North Star Int'l Trucks, Inc. v. Navistar, Inc.*, Court File No. 27-cv-10-511 (Henn. Cty., 4th Judicial Dist.) (Hon. Susan Burke).

90107591v1

3.      Attached hereto as **Exhibit B** is a true and correct copy of the June 30, 2010 Motion to Dismiss Order in *North Star Int'l Trucks, Inc. v. Navistar, Inc.*, Court File No. 27-cv-10-511 (Henn. Cty., 4th Judicial Dist.) (Hon. Susan Burke).

4.      Attached hereto as **Exhibit C** is a true and correct copy of the September 29, 2010 Summary Judgment Order in *North Star Int'l Trucks, Inc. v. Navistar, Inc.*, Court File No. 27-cv-10-511 (Henn. Cty., 4th Judicial Dist.) (Hon. Susan Burke).


Dated:  May 2, 2023                    */s/Aaron G. Thomas*
                                       Aaron G. Thomas