## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Anderson & Koch Ford, Inc.,<br><br>    Plaintiff,<br>v.<br><br>Ford Motor Company,<br><br>    Defendant. | Case No.: 0:23-cv-00762-PJS-DTS<br><br>**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendant hereby provides notice of the following recent decision that provides further support for Defendant's pending Motion to Dismiss Plaintiff's Complaint (Doc. 13): *Lakeshore Chrysler Dodge Jeep, Inc. d/b/a Lakeshore Kia v. Kia America, Inc*., Case No. 835-931, 24th Judicial District Court for the Parish of Jefferson, State of Louisiana (attached hereto as Exhibit 1).

DATE: June 16, 2023    Respectfully submitted,

            By: */s/Elizabeth A. McNellie*
               Elizabeth A. McNellie (Admitted *pro hac vice*)
               Jeremiah J. Wood (Admitted *pro hac vice*)
               **BAKER & HOSTETLER LLP**
               200 Civic Center Drive, Suite 1200
               Columbus, OH 43215-4138
               Telephone: (614) 228-1541
               Facsimile: (614) 462-2616
               emcnellie@bakerlaw.com
               jjwood@bakerlaw.com

               Sheila T. Kerwin (#220309)
               Chelsea E. Vilchis (#402156)
               **NILAN JOHNSON LEWIS PA**
               250 Marquette Avenue South, Suite 800
               Minneapolis, MN 55401
               Telephone: (612) 305-7500

Facsimile:   (612) 305-7501
skerwin@nilanjohnson.com
cvilchis@nilanjohnson.com

*Attorneys for Defendant Ford Motor Company*

## CERTIFICATE OF SERVICE

This is to certify that on June 16, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Aaron G. Thomas
Jordan L. Weber
Yuka Shiotani
Taft Stettinius & Hollister LLP
2200 EDS Center
80 South 8th Street
Minneapolis, MN 55402-2210
athomas@taftlaw.com
jweber@taftlaw.com
yshiotani@taftlaw.com

*Attorneys for Plaintiff*
*Anderson & Koch Ford, Inc.*

                                                */s/ Elizabeth A. McNellie*
                                                Elizabeth A. McNellie