# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Anderson & Koch Ford, Inc., | **COURT MINUTES** |
| Plaintiff, | BEFORE: Patrick J. Schiltz |
| | U.S. District Judge |
| v. | |
| Ford Motor Company, | Case No: 23-CV-0762 (PJS/DTS) |
| | Date: June 28, 2023 |
| Defendant. | Deputy: C. Glover |
| | Court Reporter: Paula Richter |
| | Courthouse: Minneapolis |
| | Courtroom: 15 |
| | Time Commenced: 8:23 a.m. |
| | Time Concluded: 9:16 a.m. |
| | Time in Court: Hours & 53 Minutes |

Hearing on: **Defendant's Motion to Dismiss [Docket No. 13]**

APPEARANCES:

    Plaintiff:    Aaron Thomas, Jordan Weber, Yuka Shiotani
    Defendant:    Chelsea Vilchis, Elizabeth McNellie (via telephone)

PROCEEDINGS:

    ☐ Plaintiff's Witnesses:
    ☐ Plaintiff' Exhibits:
    ☐ Defendant's Witnesses:
    ☐ Defendant's Exhibits:

**\*\*IT IS ORDERED:**

    ☐ **Submitted**    ☐ **Sustained**    ☐ **Overruled**
    ☐ Brief time set:
    ☒ Motion taken under advisement, written order forthcoming.

                                                                                                 s/C. Glover
                                                                                                 Courtroom Deputy