## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Anderson & Koch Ford, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Ford Motor Company, <br><br> Defendant. | Civ. No. 0:23-cv-00762 (JMB/DTS) <br><br> **STIPULATION FOR DISMISSAL** |

The parties file this stipulation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). On November 30, 2023, the Court issued an Order granting in part and denying in part Defendant Ford Motor Company's ("Ford") motion to dismiss Plaintiff Anderson & Koch Ford, Inc.'s ("Anderson & Koch") complaint. ECF No. 33. Specifically, the Court granted Ford's motion "with respect to Counts I, II, and III of the complaint [ECF No. 1-1] to the extent that those counts seek relief against the proposed new Ford dealership in Forest Lake, Minnesota, and those counts are DISMISSED WITHOUT PREJUDICE insofar as they seek declaratory, injunctive, or monetary relief related to the establishment of the new dealership." *Id*. at 9. Anderson & Koch and Ford, by and through their undersigned counsel, now hereby stipulate and agree that the remaining claims and relief asserted by Anderson & Koch in the complaint that were not dismissed by the Court's Order are dismissed without prejudice. The parties agree that each shall bear their own costs, expenses, disbursements, and attorneys' fees.

Dated: January 26, 2024  **TAFT STETTINIUS & HOLLISTER LLP**

By: */s/ Aaron G. Thomas*
Aaron G. Thomas (#0389011)
athomas@taftlaw.com
Jordan L. Weber (#0396769)
jweber@taftlaw.com
Yuka Shiotani (#401989)
yshiotani@taftlaw.com
2200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2210
Telephone: (612) 977-8400
Facsimile: (612) 977-8650

*Counsel for Plaintiff*
*Anderson & Koch Ford*


**BAKER & HOSTETLER LLP**

By: /s/      *Elizabeth A. McNellie*
Elizabeth A. McNellie
(Admitted pro hac vice)
Jeremiah J. Wood (Admitted pro hac vice)
200 Civic Center Drive, Suite 1200
Columbus, OH 43215-4138
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
emcnellie@bakerlaw.com
jjwood@bakerlaw.com

Sheila T. Kerwin (#220309)
Chelsea E. Vilchis (#402156)
**NILAN JOHNSON LEWIS PA**
250 Marquette Avenue S., Suite 800
Minneapolis, MN 55401
Telephone: (612) 305-7500
Fax: (612) 305-7501
skerwin@nilanjohnson.com
cvilchis@nilanjohnson.com

*Counsel for Defendant*
*Ford Motor Company*

130574923v2