**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Anderson & Koch Ford, Inc., | Case No. 23-CV-762 (JMB/DTS) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISAL WITHOUT PREJUDICE** |
| Ford Motor Company, | |
| Defendant. | |

---

This matter is before the Court on Plaintiff Anderson & Koch Ford, Inc.'s and Defendant Ford Motor Company's (together, the "parties") Stipulation for Dismissal. (Doc. No. 36.) Anderson & Koch Ford, Inc. wishes to dismiss all remaining claims in its Complaint (Doc. No. 1-1) under Rule 41(a)(1)(A)(ii) and the parties have signed a Stipulation for Dismissal accordingly.

Therefore, IT IS HEREBY ORDERED:

The Stipulation for Dismissal filed on January 26. 2024 (Doc. No. 36) is APPROVED. All claims not previously dismissed by the Court's November 30, 2023 Order (Doc. No. 33) are hereby DISMISSED WITHOUT PREJUDICE. The parties agree that each shall bear their own costs, expenses, disbursements, and attorney fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  January 30, 2024                    /s/Jeffrey M. Bryan
                                            Judge Jeffrey M. Bryan
                                            United States District Court