# UNITED STATES DISTRICT COURT
## District of Minnesota

Anderson & Koch Ford, Inc.,           **JUDGMENT IN A CIVIL CASE**

          Plaintiff(s),

v.           Case Number: 23-cv-762 JMB/DTS

Ford Motor Company,

          Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Stipulation for Dismissal filed on January 26. 2024 (Doc. No. 36) is APPROVED. All claims not previously dismissed by the Court's November 30, 2023 Order (Doc. No. 33) are hereby DISMISSED WITHOUT PREJUDICE. The parties agree that each shall bear their own costs, expenses, disbursements, and attorney fees.

Date: 1/31/2024           KATE M. FOGARTY, CLERK