# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Anderson & Koch Ford, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Ford Motor Company,<br><br>Defendant. | Case No. 0:23-cv-00762 (JMB/DTS)<br><br>**PLAINTIFF ANDERSON & KOCH FORD, INC.'S NOTICE OF APPEAL** |

Plaintiff Anderson & Koch Ford, Inc. appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered on January 31, 2024 (ECF No. 39). Pursuant to Fed. R. App. P. 3(c)(4), this notice of appeal encompasses the November 30, 2023 Order entered by this Court (ECF No. 33), which granted in part and denied in part Defendant Ford Motor Company's motion to dismiss (ECF No. 13) with respect to Counts I, II, and III of Plaintiff's Complaint (ECF No. 1-1) "to the extent that those counts seek relief against the proposed new Ford dealership in Forest Lake, Minnesota." A copy of the January 31, 2024 judgment from which the appeal is taken is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: January 31, 2024 | **TAFT STETTINIUS & HOLLISTER LLP** |
| | By: */s/ Aaron G. Thomas* |
| | Aaron G. Thomas (#0389011) |
| | athomas@taftlaw.com |
| | Jordan L. Weber (#0396769) |
| | jweber@taftlaw.com |
| | Yuka Shiotani (#401989) |
| | yshiotani@taftlaw.com |
| | 2200 IDS Center |
| | 80 South 8th Street |
| | Minneapolis, MN 55402-2210 |
| | Telephone:  (612) 977-8400 |
| | Facsimile:   (612) 977-8650 |
| | **ATTORNEYS FOR PLAINTIFF ANDERSON & KOCH FORD, INC.** |

131127555v2

2