# United States Court of Appeals
## For The Eighth Circuit

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 02, 2024

Aaron Gilbert Thomas
TAFT & STETTINIUS
2200 IDS Center
80 S. Eighth Street
Minneapolis, MN  55402

RE:  24-1204  Anderson & Koch Ford, Inc. v. Ford Motor Company

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans  
Clerk of Court

ASL

Enclosure(s)

cc:   Clerk, U.S. District Court, District of Minnesota  
    Sheila T. Kerwin  
    Elizabeth A. McNellie  
    Paula Richter  
    Yuka Shiotani  
    Chelsea Eveline Vilchis  
    Jordan L. Weber  
    Jeremiah J. Wood

District Court/Agency Case Number(s):   0:23-cv-00762-JMB

**Caption For Case Number:   24-1204**

Anderson & Koch Ford, Inc.

        Plaintiff - Appellant

v.

Ford Motor Company

        Defendant - Appellee

**Addresses For Case Participants:   24-1204**

Aaron Gilbert Thomas  
TAFT & STETTINIUS  
2200 IDS Center  
80 S. Eighth Street  
Minneapolis, MN  55402  

Clerk, U.S. District Court, District of Minnesota  
U.S. DISTRICT COURT  
District of Minnesota  
202 U.S. Courthouse  
300 S. Fourth Street  
Minneapolis, MN  55415-0000  

Sheila T. Kerwin  
NILAN & JOHNSON  
Suite 800  
250 Marquette Avenue, S.  
Minneapolis, MN  55401  

Elizabeth A. McNellie  
BAKER & HOSTETLER  
Suite 2100  
Suite 1200  
200 Civic Center Drive  
Columbus, OH  43215-4138  

Paula Richter  
U.S. DISTRICT COURT  
District of Minnesota  
202 U.S. Courthouse  
300 S. Fourth Street  
Minneapolis, MN  55415-0000  

Yuka Shiotani  
TAFT & STETTINIUS  
2200 IDS Center  
80 S. Eighth Street  
Minneapolis, MN  55402  

Chelsea Eveline Vilchis  
NILAN & JOHNSON  
Suite 800  
250 Marquette Avenue, S.  
Minneapolis, MN  55401  

Jordan L. Weber  
TAFT & STETTINIUS  
2200 IDS Center  
80 S. Eighth Street  
Minneapolis, MN  55402  

Jeremiah J. Wood  
BAKER & HOSTETLER  
Suite 1200  
200 Civic Center Drive  
Columbus, OH  43215-4138